**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALISSA AKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-3341 |
| v. | ) | |
| | ) | Judge Jeremy C. Daniel |
| APPRAISAL INSTITUTE, an Illinois not-for-profit corporation, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT APPRAISAL INSTITUTE'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Now comes Defendant Appraisal Institute and moves to dismiss Plaintiff Alissa Akins' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

In her Complaint, Plaintiff alleges that Appraisal Institute terminated her employment in violation of the Illinois Whistleblower Act and Illinois' common law prohibition on retaliatory discharge. As discussed in detail in Defendant's Memorandum In Support of its Motion to Dismiss, filed concurrently with this Motion, Plaintiff's Complaint fails to state any claim upon which relief may be granted, because (a) Plaintiff has failed to plead fraud with the specificity required under Fed. R. Civ. P. 9(b), and (b) Plaintiff failed to identify any clear mandate of public policy that she claims her termination violated. Defendant therefore respectfully requests that this Court dismiss Plaintiff's Complaint in its entirety, including dismissal of Count II *with prejudice* and without leave to amend, and grant Defendant any and all relief as this Court may deem appropriate.

Dated: May 2, 2025                             Respectfully submitted,

                                                     APPRAISAL INSTITUTE

                                                     By:     s/*Becky L. Kalas*
                                                                    Attorney for Defendant
                                                                    Becky L. Kalas
                                                                    IL ARDC #: 6279983

Becky L. Kalas
IL ARDC #: 6279983
bkalas@fordharrison.com
FORDHARRISON LLP
180 North Stetson Avenue, Suite 1660
Chicago, Il 60601
(312) 332-0777 – Telephone
(312) 332-6130 – Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2025, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS** herein with the Clerk of the United States District Court, Eastern Division of Illinois using the CM/ECF e-filing system.

      /s/*Becky L. Kalas*
      Becky L. Kalas
      Counsel for Appraisal Institute

Becky L. Kalas
bkalas@fordharrison.com
FORD & HARRISON LLP
180 N. Stetson Ave., Suite 1660
Chicago, IL 60601
Phone: (312) 332-0777
Fax: (312) 332-6130