# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALISSA AKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-03341 |
| v. | ) | |
| | ) | Judge Jeremy C. Daniel |
| APPRAISAL INSTITUTE, an Illinois not-for-profit corporation, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Andrew Robert Greene           Jordan Matyas
     Litwin Kach LLP                 1818
     401 N Michigan                  200 W. Monroe St.
     Suite 1200                      2025
     Chicago, IL 60611               Chicago, IL 60606
     Email: andrew@litwinkach.com    Email: jordan@1818legal.com

PLEASE TAKE NOTICE that on Tuesday, May 13, 2025 at 9:30 a.m., the undersigned shall appear before Judge Jeremy C. Daniel or any judge sitting in their place or stead in Courtroom 1419 in the United States District Court, Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT APPRAISAL INSTITUTE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), a copy of which is hereby served upon you.

Dated: May 5, 2025                                         Respectfully submitted,

                                                                             APPRAISAL INSTITUTE

                                          By:    s/*Becky L. Kalas*
                                                                  Attorney for the Defendant

Becky L. Kalas (bkalas@fordharrison.com)
IL ARDC #: 6279983
FORDHARRISON LLP
180 North Stetson Avenue, Suite 1660
Chicago, Il 60601
(312) 960-6115 – Telephone
(312) 332-6130 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed the foregoing **NOTICE OF MOTION** herein with the Clerk of the United States District Court, Eastern Division of Illinois using the CM/ECF e-filing system.

/s/*Becky L. Kalas*
Becky L. Kalas
Counsel for Defendant

Becky L. Kalas
bkalas@fordharrison.com
FORD & HARRISON LLP
180 N. Stetson Ave., Suite 1660
Chicago, IL 60601
Phone: (312) 332-0777
Fax: (312) 332-6130